United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-02437-MJC |
| Susan Marie Celusniak | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Sep 02, 2025 | Form ID: 309A | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Marie Celusniak, 17 Cougar Dr, White Haven, PA 18661-2852 |
| 5737857 | + | AdaptHealth, 555 East North Lane, Suite 5075, Conshohocken, PA 19428-2233 |
| 5737862 | + | Button Energy, 116 S Main Rd, Mountain Top, PA 18707-1906 |
| 5737867 | + | Community Care, 100 North Academy Ave, Danville, PA 17822-9800 |
| 5737869 | | Credit One Bank, PO Box 6500, City of Industry, CA 90601 |
| 5737870 | | Creditech Collection Solutions, PO Box 99, Bangor, PA 18013-0099 |
| 5737872 | + | Geisinger, PO Box 160, Glen Burnie, MD 21060-0160 |
| 5737876 | + | Landauer Medstar, PO Box 1259 Dept #140418, Oaks, PA 19456-1259 |
| 5737880 | + | Maureen Celusniak, 109 Hillcrest Dr, Duryea, PA 18642-1524 |
| 5737881 | + | McIntosh County Courthouse, PO Box 1661, Darien, GA 31305-1661 |
| 5737882 | + | Michael Celusniak, 17 Cougar Dr, White Haven, PA 18661-2852 |
| 5737885 | + | OAA Ortho Specialists, 2045 Westgate Dr, Bethlehem, PA 18017-7480 |
| 5737888 | + | Perdue Brandon Fielder Collins&Mott LLP, 1919 S Shiloh Rd, Garland, TX 75042-8234 |
| 5737901 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5737905 | + | Xavier Byno, 1867 Route 9 Room 14, Keeseville, NY 12944-3723 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | Sep 02 2025 19:29:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | ^ | MEBN | Sep 02 2025 19:26:19 | John J Martin, Law Offices of John J Martin, (Trustee), 1022 Court Street, Honesdale, PA 18431-1925 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Sep 02 2025 19:29:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5737858 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 02 2025 19:39:08 | Affirm Inc, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5737859 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 02 2025 19:29:00 | Apple Card/GS Bank USA, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5737860 | | Email/Text: bk@avant.com | Sep 02 2025 19:29:00 | Avant LLC/Web Bank, 222 N La Salle St, Ste 1600, Chicago, IL 60601-1112 |
| 5737861 | | EDI: TSYS2 | Sep 02 2025 23:30:00 | Barclays Bank/GAP, PO Box 8801, Wilmington, DE 19899-8801 |
| 5737866 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 02 2025 19:29:00 | Citizens Bank NA, 1 Citizens Plz, Providence, RI 02903-1344 |
| 5737863 | | EDI: CAPITALONE.COM | Sep 02 2025 23:30:00 | Capital One, PO Box 30285, Salt Lake City, UT |

| | | | | |
|---|---|---|---|---|
| | | | | 84130-0285 |
| 5737864 | | EDI: CAPITALONE.COM | Sep 02 2025 23:30:00 | Capital One/Kohls Dept Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5737865 | + | EDI: CAPITALONE.COM | Sep 02 2025 23:30:00 | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5737868 | | EDI: CCS.COM | Sep 02 2025 23:30:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 5737871 | | Email/Text: Mercury@ebn.phinsolutions.com | Sep 02 2025 19:29:00 | FIrst Bank Trust/Mercury Financial, PO Box 84064, Columbus, GA 31908-4064 |
| 5737873 | | Email/Text: clientservices@glassmountaincapital.com | Sep 02 2025 19:29:00 | Glass Mountain Capital LLC, 1375 E Woodfield Rd Ste 400, Schaumburg, IL 60173-5426 |
| 5737874 | | Email/Text: reports@halstedfinancial.com | Sep 02 2025 19:29:00 | Halsted Financial Services, LLC, PO Box 828, Skokie, IL 60076-0828 |
| 5737875 | | EDI: JPMORGANCHASE | Sep 02 2025 23:30:00 | JPMorgan Chase Bank, PO Box 15299, Wilmington, DE 19850-5299 |
| 5737878 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2025 19:39:15 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5737877 | | EDI: CCS.COM | Sep 02 2025 23:30:00 | Liberty Mutual In. Co., 725 Canton St, Norwood, MA 02062-2679 |
| 5737884 | ^ | MEBN | Sep 02 2025 19:26:21 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5737879 | | Email/Text: bankruptcy@marinerfinance.com | Sep 02 2025 19:29:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5737883 | | Email/Text: mmrgbk@miramedrg.com | Sep 02 2025 19:29:00 | Miramed Revenue Group, 360 E 22nd St, Lombard, IL 60148-4924 |
| 5737886 | | Email/Text: bankruptcies@penncredit.com | Sep 02 2025 19:29:00 | PennCredit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 5737889 | | EDI: PRA.COM | Sep 02 2025 23:30:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5737887 | + | Email/PDF: ebnotices@pnmac.com | Sep 02 2025 19:39:16 | PennyMac Loan Services LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5737892 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2025 19:39:07 | Resurgent Acquisitions LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 5737895 | | Email/Text: bankruptcy@swfin.com | Sep 02 2025 19:29:00 | Southwood Financial Trust, 45610 Woodland Road, Suite 440, Sterling, VA 20166 |
| 5737893 | | EDI: SALLIEMAEBANK.COM | Sep 02 2025 23:30:00 | Sallie Mae Inc., PO Box 3229, Wilmington, DE 19804-0229 |
| 5737894 | + | Email/Text: ssa.bankruptcy@ssa.gov | Sep 02 2025 19:29:00 | Social Security Administration, Attn: Bankruptcy, 6401 Security Boulevard, Baltimore, MD 21235-6401 |
| 5737896 | | EDI: SYNC | Sep 02 2025 23:30:00 | Synchrony Bank/JC Penney, PO Box 965060, Orlando, FL 32896-5060 |
| 5737897 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 02 2025 19:39:06 | TBOM/Ollo Card Services, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 5737898 | | EDI: WTRRNBANK.COM | Sep 02 2025 23:30:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 5737899 | | EDI: CITICORP | Sep 02 2025 23:30:00 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5737900 | + | EDI: CITICORP | Sep 02 2025 23:30:00 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5737902 | | Email/Text: edbknotices@ecmc.org | | |

| | | | |
|---|---|---|---|
| | | Sep 02 2025 19:29:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5737904 | ^ MEBN | | |
| | | Sep 02 2025 19:26:42 | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5737890 | | Radius Global Solutions LLC, 500 N Franklin Tpke Ste 200 |
| 5737891 | | Ramsey, NJ 07446-1178 |
| 5737903 | ## | Weltman, Weinberg & Reis Co., L.P.A., 170 S Independence Mall W, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Susan Marie Celusniak usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com |
| John J Martin | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Susan Marie Celusniak<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–4758 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: | 7   8/29/25 |
| Case number: | 5:25–bk–02437–MJC | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Susan Marie Celusniak | |
| 2. | **All other names used in the last 8 years** | aka Sue M Byno, aka Sue M Bickford, aka Sue Bickford, aka Sue M Celusnik, aka Susan Celusniak, aka Sue Celusniak, aka Susan M Celusniak, aka Sue Byno, fka Susan Byno, fka Susan Bickford | |
| 3. | **Address** | 17 Cougar Dr<br>White Haven, PA 18661 | |
| 4. | **Debtor's attorney**<br>Name and address | Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 | Contact phone 570–341–9000<br><br>Email: usbkct@bankruptcypa.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John J Martin<br>Law Offices of John J Martin (Trustee)<br>1022 Court Street<br>Honesdale, PA 18431 | Contact phone 570 253–6899<br><br>Email: pa36@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes–Barre, PA 18701 | Hours open:  Monday – Friday 9:00 AM to 4:00 PM  Contact phone (570) 831–2500  Date: 9/2/25 |
| 7. | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.  ***Valid photo ID and proof of Social Security number are required*** | **Date:  October 3, 2025 at 11:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  For additional information use the QR code or visit:  https://www.justice.gov/ust/ust–regions–r03/region–3–section–341–meetings–0#TrusteeZoom  The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**  Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 534 831 3852, Click on Join using passcode 7889648115, or call 1–272–239–0981   |
| 8. | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 12/2/25 |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**