# SABATINI LAW FIRM, LLC

**CARLO SABATINI**
**KRISTIN SABATINI**

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
<u>Satellite Office</u>: Wilkes-Barre 823-9000

September 5, 2025

Bankruptcy Clerks Office
U.S. Courthouse
197 South Main St.
Wilkes-Barre, PA 18701

    **In re Susan Celusniak**
    **US Bankruptcy Court, Middle District of PA Case No.: 5:25-bk-02437**

Dear Sir or Madam:

  The notice sent to Weltman, Weinberg & Reis Co.,L.P.A. in the above case was returned to my office because the address was incorrect. Kindly change the address for Weltman, Weinberg & Reis Co.,L.P.A. on the mailing matrix to the following:

| OLD ADDRESS: | NEW ADDRESS: |
|---|---|
| Weltman, Weinberg & Reis Co.,L.P.A. | Weltman, Weinberg & Reis Co.,L.P.A. |
| 170 S Independence Mall W | 520 Walnut Street, Suie 1355 |
| Suite 874W | Philadelphia, PA 19106 |
| Philadelphia, PA 19106-3334 | |

  Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

                Sincerely yours,

                <u>s/ Tiffany Bator</u>
                Tiffany Bator
                Paralegal

/pg

---

\* Board Certified - Consumer Bankruptcy Law - American Board of Certification