Carlo Sabatini, ID # 83831
Attorney for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re Susan Celusniak, Debtor | Chapter 7 |
|---|---|
| | Case No. 5:25-bk-02437-MJC |

## CERTIFICATE OF SERVICE

I, Ashley Weisenfluh, hereby certify that I am today serving a true and correct copy of Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines upon the below creditor by depositing said document in the United States mail, first class, postage prepaid, addressed as follows:

Weltman, Weinberg & Reis Co., L.P.A.
520 Walnut Street, Suite 1355
Philadelphia, PA 19106


Dated: September 5, 2025                s/Ashley Weisenfluh
                                        Ashley Weisenfluh, Paralegal