**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | Chapter 7 |
| Susan Marie Celusniak; fka Susan Byno; fka Susan Bickford; aka Susan M. Celusniak; aka Sue Celusniak; aka Sue Bickford; aka Sue M. Bickford; aka Sue M. Byno; aka Sue M. Celusniak; aka Sue Byno, | Case No. 5:25-bk-02437-MJC |
| Debtor | |
| Address: 17 Cougar Drive<br>White Haven, PA 18661 | |
| Last four digits of SSN: 4758 | |
| Susan Celusniak, | |
| Movant<br>v. | |
| Mariner Finance, | |
| Respondent | |

### DEBTOR'S MOTION TO AVOID LIEN OF MARINER FINANCE

1. This motion is filed pursuant to 11 U.S.C. § 522(f) to avoid and cancel a judicial lien on real property that is used as Debtor's residence and which is located at 17 Cougar Drive, White Haven, Luzerne County, Pennsylvania ("the Property").

2. On or about July 30, 2024, Mariner Finance ("Mariner") obtained a judicial lien on the Property. The lien was entered in Luzerne County at docket number 2024-08070 in the amount of $3,052.34.

3. Debtor's interest in the property has been claimed as fully exempt in this case.

4. The existence of Mariner's lien on the Property impairs exemptions to which the Debtor would be entitled under 11 U.S.C. § 522(b).

5. Mariner's lien does not secure a debt for a domestic support obligation.

WHEREFORE, Debtor requests an Order canceling the lien.

| Date: September 10, 2025 | s/ Carlo Sabatini |
|---|---|
| | Carlo Sabatini, Attorney for Debtor |
| | Sabatini Law Firm, LLC |
| | 216 N. Blakely St. |
| | Dunmore, PA 18512 |
| | Phone (570) 341-9000 |
| | Facsimile (570) 504-2769 |
| | Email ecf@bankruptcypa.com |
| | Bar Number PA 83831 |