IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>Susan Celusniak,<br><br>        Debtor<br><br>Susan Celusniak,<br><br>        Movant<br><br>   v.<br><br>Mariner Finance,<br><br>        Respondent | Chapter 7<br><br>Case No. 5:25-bk-02437-MJC |

### **NOTICE**

Today, the Debtor filed *Debtor's Motion to Avoid Lien of Mariner Finance*.

If you object to the relief requested, you must file your objection/response on or before 21 days from the date of this notice with the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 S. Main St., Wilkes-Barre, PA 18701.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Date: September 10, 2025

s/ Carlo Sabatini
Carlo Sabatini, Attorney for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com
Bar Number PA 83831