IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 7 |
| Susan Celusniak, | Case No. 5:25-bk-02437-MJC |
| Debtor | Debtor's Motion to Avoid Lien of Mariner Finance |
| Susan Celusniak, | |
| Movant | |
| v. | |
| Mariner Finance, | |
| Respondent | |

**ORDER AVOIDING LIENS**

Upon consideration of *Debtor's Motion to Avoid Lien of Mariner Finance*, it is hereby ORDERED that the judicial lien entered in favor of Mariner Finance on Debtor's real estate at 17 Cougar Drive, White Haven, Luzerne County, Pennsylvania entered of record in Luzerne County at docket number 2024-08070 is canceled.