# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>Susan Celusniak,<br><br>    Debtor<br><br>Susan Celusniak,<br><br>    Movant<br><br>    v.<br><br>Mariner Finance,<br><br>    Respondent | Chapter 7<br><br>Case No. 5:25-bk-02437-MJC |

## Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3

| Title of Paper Served: | DEBTOR'S MOTION TO AVOID LIEN OF MARINER FINANCE | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| Officer, Managing or General Agent<br>Mariner Finance<br>765 Kidder St.<br>Wilkes-Barre, PA 18702 | | First Class Mail – Certified Return Receipt |
| Officer, Managing or General Agent<br>Mariner Finance<br>8211 Town Center Drive<br>Nottingham, MD 21236 | | First Class Mail – Certified Return Receipt |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: September 10, 2025                        s/Ashley Weisenfluh
                                                             Ashley Weisenfluh, Paralegal