WWR# 041930411

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 5:25-bk-02437-MJC |
| SUSAN MARIE CELUSNIAK | CHAPTER 7 |
| | JUDGE MARK J CONWAY |
| DEBTOR(S) | |

## NOTICE OF APPEARANCE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as counsel for creditor, SOUTHWOOD FINANCIAL TRUST I.

Please send all further communications, pleadings, court notices, and other documents intended for SOUTHWOOD FINANCIAL TRUST I to undersigned counsel.

    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA

    /s/ MILOS GVOZDENOVIC
    MILOS GVOZDENOVIC
    Attorney for Creditor
    5990 West Creek Rd Suite 200
    CLEVELAND, OH 44131
    877-338-9484
    bronationalecf@weltman.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 23rd day of September, 2025 addressed to:

CARLO SABATINI, Attorney for Debtor
usbkct@bankruptcypa.com

JOHN J MARTIN, Trustee
1022 COURT ST
HONESDALE, PA 18431

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

SUSAN MARIE CELUSNIAK
17 COUGAR DR
WHITE HAVEN, PA 18661-2852

,

                                              Respectfully submitted,
                                              Weltman, Weinberg & Reis Co. LPA

                                              /s/ MILOS GVOZDENOVIC
                                              MILOS GVOZDENOVIC
                                              Attorney for Creditor
                                              5990 West Creek Rd Suite 200
                                              CLEVELAND, OH 44131
                                              877-338-9484
                                              bronationalecf@weltman.com