United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-02437-MJC |
| Susan Marie Celusniak | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Oct 20, 2025 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Officer or General Agent, Mariner Finance, 765 Kidder St., Wilkes-Barre, PA 18702-6910 |
| + | Officer or General Agent, Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Susan Marie Celusniak usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| John J Martin | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| Milos Gvozdenovic | on behalf of Creditor Southwood Financial Trust I mgvozdenovic@weltman.com  pitecf@weltman.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Susan Celusniak, | : | Case No. 5:25-bk-02437-MJC |
|     Debtor | : | |
| | : | |
| Susan Celusniak, | : | |
|     Movant | : | |
| v. | : | |
| | : | |
| Mariner Finance, | : | |
|     Respondent | : | |

## ORDER GRANTING MOTION TO AVOID LIEN

Upon Motion of the Debtor to avoid a judicial lien held by Mariner Finance ("Respondent") in the real property of the Debtor located at 17 Cougar Drive, White Haven, Luzerne County, Pennsylvania ("Real Property"), Doc. 11 ("Motion");

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at the Luzerne County Court of Common Pleas at Docket # 2024-08070 is subject to avoidance pursuant to 11 U.S.C. §522(f);

**AND,** the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, against the Real Property of the Debtor is **AVOIDED**.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: October 17, 2025