# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Susan Marie Celusniak, aka Sue M Byno, aka Sue M Bickford, aka Sue Bickford, aka Sue M Celusnik, aka Susan Celusniak, aka Sue Celusniak, aka Susan M Celusniak, aka Sue Byno, fka Susan Byno, fka Susan Bickford, | Chapter | 7 |
| | Case No. | 5:25–bk–02437–MJC |

**Debtor 1**

Social Security No.:
xxx–xx–4758

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**John J Martin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: December 8, 2025

**fnldecac** (05/18)