In re:          Case No. 25-02437-MJC

Susan Marie Celusniak        Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 3

Date Rcvd: Dec 08, 2025      Form ID: 318      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Marie Celusniak, 17 Cougar Dr, White Haven, PA 18661-2852 |
| 5737857 | + | AdaptHealth, 555 East North Lane, Suite 5075, Conshohocken, PA 19428-2490 |
| 5737862 | + | Button Energy, 116 S Main Rd, Mountain Top, PA 18707-1906 |
| 5737867 | + | Community Care, 100 North Academy Ave, Danville, PA 17822-9800 |
| 5737869 | | Credit One Bank, PO Box 6500, City of Industry, CA 90601 |
| 5737870 | | Creditech Collection Solutions, PO Box 99, Bangor, PA 18013-0099 |
| 5737872 | + | Geisinger, PO Box 160, Glen Burnie, MD 21060-0160 |
| 5737876 | + | Landauer Medstar, PO Box 1259 Dept #140418, Oaks, PA 19456-1259 |
| 5737880 | + | Maureen Celusniak, 109 Hillcrest Dr, Duryea, PA 18642-1524 |
| 5737881 | + | McIntosh County Courthouse, PO Box 1661, Darien, GA 31305-1661 |
| 5737882 | + | Michael Celusniak, 17 Cougar Dr, White Haven, PA 18661-2852 |
| 5737885 | + | OAA Ortho Specialists, 2045 Westgate Dr, Bethlehem, PA 18017-7480 |
| 5737888 | + | Perdue Brandon Fielder Collins&Mott LLP, 1919 S Shiloh Rd, Garland, TX 75042-8234 |
| 5737901 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5737905 | + | Xavier Byno, 1867 Route 9 Room 14, Keeseville, NY 12944-3723 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKRMailOps@weltman.com | Dec 08 2025 18:42:00 | Southwood Financial Trust I, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131, UNITED STATES 44131-2191 |
| 5737858 | | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 08 2025 18:50:36 | Affirm Inc, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5737859 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 08 2025 18:42:00 | Apple Card/GS Bank USA, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5737860 | | Email/Text: bk@avant.com | Dec 08 2025 18:42:00 | Avant LLC/Web Bank, 222 N La Salle St, Ste 1600, Chicago, IL 60601-1112 |
| 5737861 | | EDI: TSYS2 | Dec 08 2025 23:39:00 | Barclays Bank/GAP, PO Box 8801, Wilmington, DE 19899-8801 |
| 5737866 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 08 2025 18:42:00 | Citizens Bank NA, 1 Citizens Plz, Providence, RI 02903-1344 |
| 5737863 | | EDI: CAPITALONE.COM | Dec 08 2025 23:39:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5737864 | | EDI: CAPITALONE.COM | Dec 08 2025 23:39:00 | Capital One/Kohls Dept Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5737865 | + | EDI: CAPITALONE.COM | Dec 08 2025 23:39:00 | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5737868 | | EDI: CCS.COM | | |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Dec 08 2025 23:39:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 5737871 | Email/Text: Mercury@ebn.phinsolutions.com | Dec 08 2025 18:42:00 | FIrst Bank Trust/Mercury Financial, PO Box 84064, Columbus, GA 31908-4064 |
| 5737873 | Email/Text: clientservices@glassmountaincapital.com | Dec 08 2025 18:42:00 | Glass Mountain Capital LLC, 1375 E Woodfield Rd Ste 400, Schaumburg, IL 60173-5426 |
| 5737874 | Email/Text: reports@halstedfinancial.com | Dec 08 2025 18:42:00 | Halsted Financial Services, LLC, PO Box 828, Skokie, IL 60076-0828 |
| 5737875 | EDI: JPMORGANCHASE | Dec 08 2025 23:39:00 | JPMorgan Chase Bank, PO Box 15299, Wilmington, DE 19850-5299 |
| 5737878 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2025 18:50:33 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5737877 | EDI: CCS.COM | Dec 08 2025 23:39:00 | Liberty Mutual In. Co., 725 Canton St, Norwood, MA 02062-2679 |
| 5737884 | ^ MEBN | Dec 08 2025 18:38:26 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5737879 | Email/Text: bankruptcy@marinerfinance.com | Dec 08 2025 18:42:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5737883 | Email/Text: mmrgbk@miramedrg.com | Dec 08 2025 18:42:00 | Miramed Revenue Group, 360 E 22nd St, Lombard, IL 60148-4924 |
| 5737886 | Email/Text: bankruptcies@penncredit.com | Dec 08 2025 18:42:00 | PennCredit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 5737889 | EDI: PRA.COM | Dec 08 2025 23:39:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5737887 | + Email/PDF: ebnotices@pnmac.com | Dec 08 2025 18:50:33 | PennyMac Loan Services LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5737892 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2025 18:50:36 | Resurgent Acquisitions LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 5737895 | Email/Text: bankruptcy@swfin.com | Dec 08 2025 18:42:00 | Southwood Financial Trust, 45610 Woodland Road, Suite 440, Sterling, VA 20166 |
| 5737893 | EDI: SALLIEMAEBANK.COM | Dec 08 2025 23:39:00 | Sallie Mae Inc., PO Box 3229, Wilmington, DE 19804-0229 |
| 5737894 | + Email/Text: ssa.bankruptcy@ssa.gov | Dec 08 2025 18:42:00 | Social Security Administration, Attn: Bankruptcy, 6401 Security Boulevard, Baltimore, MD 21235-6401 |
| 5744655 | + Email/Text: BKRMailOps@weltman.com | Dec 08 2025 18:42:00 | Southwood Financial Trust I, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 5737896 | EDI: SYNC | Dec 08 2025 23:39:00 | Synchrony Bank/JC Penney, PO Box 965060, Orlando, FL 32896-5060 |
| 5737897 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 08 2025 18:50:33 | TBOM/Ollo Card Services, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 5737898 | EDI: WTRRNBANK.COM | Dec 08 2025 23:39:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 5737899 | EDI: CITICORP | Dec 08 2025 23:39:00 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5737900 | + EDI: CITICORP | Dec 08 2025 23:39:00 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5737902 | Email/Text: edbknotices@ecmc.org | Dec 08 2025 18:42:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5737903 | ^ MEBN | Dec 08 2025 18:38:35 | Weltman, Weinberg & Reis Co.,L.P.A., 520 |

Walnut Street, Suite 1355, Philadelphia, PA 19106-3602

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5737890 | | Radius Global Solutions LLC, 500 N Franklin Tpke Ste 200 |
| 5737891 | | Ramsey, NJ 07446-1178 |
| 5737904 | *+ | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Susan Marie Celusniak usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| John J Martin | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| Milos Gvozdenovic | on behalf of Creditor Southwood Financial Trust I mgvozdenovic@weltman.com  pitecf@weltman.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Susan Marie Celusniak | Social Security number or ITIN  xxx–xx–4758 |
|  | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:25-bk-02437-MJC | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Susan Marie Celusniak
aka Sue M Byno, aka Sue M Bickford, aka Sue Bickford, aka Sue M Celusnik, aka Susan Celusniak, aka Sue Celusniak, aka Susan M Celusniak, aka Sue Byno, fka Susan Byno, fka Susan Bickford

12/8/25

**By the court:**

_/s/ Mark J. Conway_

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**